# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140685(57)

CAROL DRAKE and CLELLEN BURY,
        Plaintiffs-Appellants,

v

SC: 140685
COA: 287502
Berrien CC: 2008-000247-CE

CITY OF BENTON HARBOR and HARBOR
SHORES COMMUNITY REDEVELOPMENT
CORPORATION,
        Defendants-Appellees.
_____

        On order of the Chief Justice, the motion by the Attorney General for leave to file a brief *amicus curiae* is granted.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011

_____
Clerk